# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154444(23)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRACY LYNN COWAN,
      Defendant-Appellant.

_____/

SC: 154444
COA: 331947
Oakland CC: 2002-187234-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 11, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2017



Clerk